UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOE HAND PRODUCTIONS, INC.,<br><br>                    Plaintiff,<br><br>     v.<br><br>CECELIA MARTINEZ, et al.,<br><br>                    Defendants. | NO: 12-CV-0396-TOR<br><br>ORDER OF DISMISAL WITH PREJUDICE |

On February 26, 2014, Plaintiff was ordered to file a motion for entry of default judgment on or before March 7, 2014 (ECF No. 20). Plaintiff was cautioned that failure to comply with the Court's order could result in the dismissal of this action. Although granted the opportunity to do so, Plaintiff has now failed to file a motion for entry of default judgment this action.  The Clerk's Order of Default was entered against the two remaining Defendants over a year ago.  ECF Nos. 17 and 18.  The file has languished since then.

///

ORDER OF DISMISSAL WITH PREJUDICE -- 1

1   **ACCORDINGLY, IT IS HEREBY ORDERED:**

2   This matter is **DISMISSED with prejudice** for failure to prosecute.

3   The District Court Executive is directed to enter this Order, enter Judgment

4   accordingly, forward copies to Plaintiff's counsel, and **CLOSE** the file.

5   **DATED** March 12, 2014.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE -- 2